ORIGINAL

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED

FEB 8 2016

CLERK, U.S. DISTRICT COURT
By _____ RAN
Deputy

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | NO. 3:16-CR- 052-M |
| ARCHIE PATRICK FOLKS | |

## INDICTMENT

The Grand Jury Charges:

<u>Count One</u>
Explosive Materials—Willfully Making a Threat
(Violation of 18 U.S.C. § 844(e))

On or about November 5, 2015, in the Dallas Division of the Northern District of Texas, the defendant, **Archie Patrick Folks**, through the use of a telephone, in and affecting interstate commerce, willfully made a threat and maliciously conveyed false information, knowing the same to be false, concerning an attempt being made and to be made to unlawfully damage and destroy real or personal property belonging to the Department of the Navy, by means of an explosive.

In violation of 18 U.S.C. § 844(e).

A TRUE BILL

_____
FOREPERSON

JOHN R. PARKER
UNITED STATES ATTORNEY

_____
J. MARK PENLEY
Assistant United States Attorney
Texas State Bar No. 15750700
1100 Commerce Street, Third Floor
Dallas, Texas   75242-1699
Telephone: 214-659-8600
Facsimile: 214-659-8805
Email: mark.penley@usdoj.gov

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

THE UNITED STATES OF AMERICA

v.

ARCHIE PATRICK FOLKS

3-16CR-052-M

INDICTMENT

18 U.S.C. § 844(e)
Explosive Materials—Willfully Making a Threat

1 Count

A true bill rendered

DALLAS                                                           FOREPERSON

Filed in open court this 17th day of February, 2016.

_____ Clerk

**Warrant to be Issued**

UNITED STATES MAGISTRATE JUDGE
No Criminal Matter Pending
2/18/16